IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH HOGAN,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:22-CV-825-L** |
| **EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and NATIONSTAR MORTGAGE LLC,** | § § § § § | |
| Defendant. | § § | |

# ORDER

Before the court is Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC, Pursuant to Fed. R. Civ. P. 41(2) (Doc. 20), filed July 5, 2022. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action and all claims of Plaintiff against Defendant Trans Union LLC are **dismissed with prejudice.** The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 18th day of July, 2022.

Sam A. Lindsay
United States District Judge

Order – Solo Page