IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DEBORAH HOGAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:22-CV-825-L** |
| § | |
| **EQUIFAX INFORMATION SERVICES** § | |
| **LLC, TRANS UNION LLC, and** § | |
| **NATIONSTAR MORTGAGE LLC,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is the Stipulation for Dismissal with Prejudice as to Equifax Information Services LLC Only (Doc. 21), filed July 11, 2022. As the parties' have agreed to this dismissal with prejudice of this action, it is dismissed as a matter of course, and no court order is required. The parties, however, request that an order of dismissal be issued, and the court enters such order pursuant to their request. Accordingly, all claims of Plaintiff and this action against Defendant Equifax Information Services **only** are hereby **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees. The only remaining party is Nationstar Mortgage, LLC.

**It is so ordered** this 19th day of July, 2022.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Page 1