IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH HOGAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-825-L** |
| | § | |
| **NATIONSTAR MORTGAGE LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Stipulation for Dismissal With Prejudice as to Defendant Nationstar Mortgage LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 29), filed April 5, 2023. As the affected parties have agreed to this dismissal pursuant to this rule, it is dismissed as a matter of course, and no court order is required. The parties, however, request that an order of dismissal be issued, and the court enters such order pursuant to their request. Accordingly, this action is **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 5th day of April, 2023.

*[Signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page